```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DOUGLAS WILLIAM HOWAY
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12 UNITED STATES OF AMERICA,       )  No. Cr. S-09-370 EJG
                                   )
13             Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
14      v.                         )
                                   )
15 DOUGLAS WILLIAM HOWAY,          )  Date:  October 15, 2009
                                   )  Time:  10:00 a.m.
16             Defendant.          )  Judge: Edward J. Garcia
   _____ )
17
```

18      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

19 America through Kyle Reardon, Assistant United States Attorney, and

20 DOUGLAS WILLIAM HOWAY, by and through his counsel, Matthew C. Bockmon,

21 Assistant Federal Defender, that the status conference hearing date of

22 September 25, 2009, be vacated and a new status conference hearing date

23 of Thursday, October 15, 2009, at 10:00 a.m., be set.

24      This continuance is requested because counsel was informed by the

25 courtroom clerk of the Court's heavy calendar on September 25, 2009.

26 In addition, defense counsel will be unavailable as he will be on leave

27 from September 25, 2009, through October 5, 2009.

28 / / /

1  It is further stipulated and agreed between the parties that the
2  period beginning September 25, 2009, through and including October 15,
3  2009, should be excluded in computing the time within which trial must
4  commence under the Speedy Trial Act, pursuant to 18 U.S.C.
5  § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
6  counsel and 18 U.S.C. § 3161(h)(3)(A)(B).

Dated: September 24, 2009          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Matthew C. Bockmon
                                   MATTHEW C. BOCKMON
                                   Assistant Federal Defender
                                   Attorney for DOUGLAS WILLIAM HOWAY


Dated: September 24, 2009          LAWRENCE G. BROWN
                                   United States Attorney


                                   /s/ Matthew C.Bockmon for
                                   KYLE REARDON
                                   Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: September 24, 2009


                                   /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge

Stipulation and Order              -2-