1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DOUGLAS WILLIAM HOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-09-370 EJG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** <br> ) **STATUS CONFERENCE** |
| v. | ) |
| DOUGLAS WILLIAM HOWAY, | ) Date: December 11, 2009 <br> ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and DOUGLAS WILLIAM HOWAY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of November 20, 2009, be vacated and a new status conference hearing date of December 11, 2009, at 10:00 a.m., be set.

This continuance is requested because defense counsel needs additional time to review new discovery with the client.

/ / /

/ / /

/ / /

1    It is further stipulated and agreed between the parties that the
2 period beginning November 20, 2009, through and including December 11,
3 2009, should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
6 counsel and 18 U.S.C. § 3161(h)(3)(A)(B).

7 Dated: November 18, 2009            Respectfully submitted,

8                                      DANIEL J. BRODERICK
                                       Federal Defender
9

10                                     */s/ Matthew C. Bockmon*
                                       MATTHEW C. BOCKMON
11                                     Assistant Federal Defender
                                       Attorney for DOUGLAS WILLIAM HOWAY
12

13 Dated: November 18, 2009            BENJAMIN B. WAGNER
                                       United States Attorney
14

15                                     */s/ Matthew C.Bockmon for*
                                       KYLE REARDON
16                                     Assistant U.S. Attorney

17

18                              **O R D E R**

19 **IT IS SO ORDERED.**

20 Dated: November 18,2009

21

22                                      /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
23                                      United States District Judge

24

25

26

27

28

Stipulation and Order                  -2-