DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DOUGLAS WILLIAM HOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-09-370 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| DOUGLAS WILLIAM HOWAY, | Date: January 15, 2010<br>Time: 10:00 a.m. |
| Defendant. | Judge: Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and DOUGLAS WILLIAM HOWAY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of December 11, 2009, be vacated and a new status conference hearing date of January 15, 2010, at 10:00 a.m., be set.

   This continuance is requested because defense counsel will be unavailable as he will be out of town on that.

/ / /

/ / /

/ / /

1     It is further stipulated and agreed between the parties that the
2 period beginning December 11, 2009, through and including January 15,
3 2010, should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
6 counsel and 18 U.S.C. § 3161(h)(3)(A)(B).

Dated: December 7, 2009            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                    /s/ Matthew C. Bockmon
                                   MATTHEW C. BOCKMON
                                   Assistant Federal Defender
                                   Attorney for DOUGLAS WILLIAM HOWAY


Dated: December 7, 2009            BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ Matthew C.Bockmon for
                                   KYLE REARDON
                                   Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: December 8, 2009


                                    /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge

Stipulation and Order              -2-