DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DOUGLAS WILLIAM HOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S-09-370 EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| DOUGLAS WILLIAM HOWAY, ) | Date:   February 19, 2010 |
| ) | Time:   10:00 a.m. |
| Defendant. ) | Judge:  Edward J. Garcia |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and DOUGLAS WILLIAM HOWAY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of January 15, 2010, be vacated and a new status conference hearing date of February 19, 2010, at 10:00 a.m., be set.

This continuance is requested because defense counsel will be unavailable as he is presently out of the office on medical leave through January 19, 2010.

/ / /

/ / /

It is further stipulated and agreed between the parties that the period beginning January 15, 2010, through and including February 19, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: January 12, 2010          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Matthew C. Bockmon
                                 MATTHEW C. BOCKMON
                                 Assistant Federal Defender
                                 Attorney for DOUGLAS WILLIAM HOWAY

Dated: January 12, 2010          BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Matthew C.Bockmon for
                                 KYLE REARDON
                                 Assistant U.S. Attorney


                           **O R D E R**

**IT IS SO ORDERED.**

Dated: January 12, 2010



                                 /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge