```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00370 EJG |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| DOUGLAS WILLIAM HOWAY, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Douglas William Howay it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Douglas William Howay's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) One Gateway desktop computer tower, serial number XCV7321016874;

   b) One Simple Share office storage server, serial number 0510012079; and

   c) One Hama USB.

2. The above-listed property constitutes property

1  containing visual depictions produced, transported, mailed,
2  shipped or received in violation of 18 U.S.C. § 2252(a)(4)(B); or
3  was used or intended to be used to commit or to promote the
4  commission of the aforementioned violation.
5       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the
8  United States, in its secure custody and control.
9       4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
10 U.S.C. § 853(n), and Local Rule 171, the United States shall
11 publish notice of the order of forfeiture.  Notice of this Order
12 and notice of the Attorney General's (or a designee's) intent to
13 dispose of the property in such manner as the Attorney General
14 may direct shall be posted for at least 30 consecutive days on
15 the official internet government forfeiture site
16 [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent
17 practicable, provide direct written notice to any person known to
18 have alleged an interest in the property that is the subject of
19 the order of forfeiture as a substitute for published notice as
20 to those persons so notified.
21           b.   This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60)
24 days from the first day of publication of the Notice of
25 Forfeiture posted on the official government forfeiture site, or
26 within thirty (30) days from receipt of direct written notice,
27 whichever is earlier.
28      5.   If a petition is timely filed, upon adjudication of all

1 third-party interests, if any, this Court will enter a Final
2 Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all
3 interests will be addressed.
4     SO ORDERED this <u>13th</u> day of<u> April       </u>, 2010.

     <u>/s/ Edward J. Garcia   </u>
     EDWARD J. GARCIA
     United States District Judge