1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-00370 EJG |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| DOUGLAS WILLIAM HOWAY, | ) | |
| Defendant. | ) | |

   WHEREAS, on or about April 14, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Douglas William Howay forfeiting to the United States the following property:

   a) One Gateway desktop computer tower, serial number XCV7321016874;

   b) One Simple Share office storage server, serial number 0510012079; and

   c) One Hama USB.

   AND WHEREAS, beginning on May 19, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

                    1            Final Order of Forfeiture

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Douglas William Howay.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of July, 2010.

    /s/ Edward J. Garcia
EDWARD J. GARCIA, JR.
United States District Judge